IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAULA DEL VALLE, on behalf of herself and others similarly situated, | : : : | |
| Plaintiff, | : | 2:20-cv-04335-CMR |
| v. | : : | |
| EMPIRE HOME HEALTH CARE INC., | : | |
| Defendant. | : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION
OF THE OF THE SETTLEMENT CLASS, FINAL APPROVAL OF
THE CLASS SETTLEMENT, AND OTHER ASSOCIATED RELIEF**

Plaintiff Paula Del Valle ("Del Valle") and Defendant Empire Home Health Care Inc. ("Empire") have settled this class action lawsuit, which asserts claims under the Pennsylvania Minimum Wage Act ("PMWA") and the Fair Labor Standards Act ("FLSA"). As reflected in the accompanying Class Action Settlement Agreement ("Agreement"), *see* Doc. 38-1, the proposed settlement requires Empire to pay a total of $300,000 plus any associated employer-side taxes. If the Court approves the requested $75,000 in attorney's fees/expenses and the requested $5,000 service award, then $220,000 will be paid to the Class Members.

In August 2021, the Court entered orders "preliminarily" approving the settlement, authorizing the issuance of notice to the putative class/collective members, and appointing the undersigned to serve as interim class counsel. See Docs. 35, 37. The notice process concluded today and as of the time of this filing, none of the putative Class Members have objected to the settlement or requested exclusion from the settlement.[1]

---

[1] As discussed in Del Valle's memorandum in support of this motion, the postmark deadline for mailing objections or requests for exclusion from the settlement is November 1, 2021. Should Interim Class Counsel receive any responses from Class Members between now and the November 8, 2021 final approval hearing it shall immediately inform the Court.

This matter is now ripe for "final approval." The Court has scheduled a fairness hearing for November 8, 2021, and, in anticipation of the hearing, Del Valle respectfully asks the Court to enter an order:

- Certifying, pursuant to Civil Rules 23(a) and 23(b)(3), a settlement class comprised of "the 114 individuals (including [Del Valle]) identified in Exhibit A [of the Agreement], each of whom was employed by [Empire] as an hourly home health aid after September 3, 2017";

- Approving the settlement of this action as "fair, reasonable, and adequate" under Civil Rile 23(e)(2);

- Approving Class Members' waiver of their Fair Labor Standards Act claims;

- Approving the payment of a $5,000 service award to Plaintiff;

- Appointing, pursuant to Civil Rule 23(g)(1), the law firm of Winebrake & Santillo, LLC to serve as class counsel; and

- Approving, pursuant to Civil Rule 23(h), a payment from the settlement fund of $75,000 to compensate class counsel for reasonable attorney's fees and expenses.

The above relief is warranted based on, *inter alia*, the accompanying Agreement, declaration of R. Andrew Santillo, and memorandum of law.

**WHEREFORE**, Del Valle respectfully requests that the Court grant this motion and enter the accompanying proposed order.

Date: November 1, 2021

Respectfully,

Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
Michelle L. Tolodziecki
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491

*Interim Class Counsel*